B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Nicholas Steven Herzek**  
Debtor(s)

Case No.  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Chase/Special Installment** | **Describe Property Securing Debt:**<br>**2005 Dodge Durango**<br>**(To be reaffirmed)** |

Property will be (check one):  
　□ Surrendered　　　　　■ Retained

If retaining the property, I intend to (check at least one):  
　□ Redeem the property  
　■ Reaffirm the debt  
　□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
　■ Claimed as Exempt　　　　　□ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Huntington National Bank** | **Describe Property Securing Debt:**<br>**Primary Residence**<br>**8720 Speedway**<br>**Shelby Township, MI  48317**<br>**(To be surrendered)** |

Property will be (check one):  
　■ Surrendered　　　　　□ Retained

If retaining the property, I intend to (check at least one):  
　□ Redeem the property  
　□ Reaffirm the debt  
　□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
　■ Claimed as Exempt　　　　　□ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Michigan Catholic Credit Union** | **Describe Property Securing Debt:**<br>**1995 Searay Boat**<br>**(To be reaffirmed)** |

Property will be (check one):
　☐ Surrendered　　　　　　　　　　　■ Retained

If retaining the property, I intend to (check at least one):
　☐ Redeem the property
　■ Reaffirm the debt
　☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　■ Claimed as Exempt　　　　　　　　　　　☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**National City Mortgage** | **Describe Property Securing Debt:**<br>**Primary Residence**<br>**8720 Speedway**<br>**Shelby Township, MI  48317**<br>**(To be surrendered)** |

Property will be (check one):
　■ Surrendered　　　　　　　　　　　☐ Retained

If retaining the property, I intend to (check at least one):
　☐ Redeem the property
　☐ Reaffirm the debt
　☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　■ Claimed as Exempt　　　　　　　　　　　☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES　　　　☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **January 27, 2010**  Signature  **/s/ Nicholas Steven Herzek**
                                       **Nicholas Steven Herzek**
                                       Debtor

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy